# PathCon® Laboratories

## INVOICE

Invoice Number: S2443-IN  
Customer Number: HO03501

Invoice Date: 11/5/2010

Hotel Chester  
101 North Jackson Street  
ATTN: David Mollendor  
Starkville, MS 39759

---

ITEMIZATION OF CHARGES:

SAMPLES SUBMITTED BY DAVID MOLLENDOR

| | | | | |
|---|---|---|---|---|
| Sample Collection Bottles | 3.000 | EA @ | 3.500 | 10.50 |
| Legionella Culture, Water | 3.000 | EA @ | 140.000 | 420.00 |

Credit terms are NET 30 Days from the date of invoice. Client agrees to pay to Pathogen Control Associates, Inc. interest from the due date of such payment until paid, at the rate of 1 1/2% per month, or such lesser charge at such lesser rate as may represent the maximum legal non-usurious rate permitted by law. If this account is given to a collection agency or to an attorney for collection, or if suit is brought for collection, or if is collected through probate, bankruptcy or other judicial proceeding, then Client shall pay to Pathogen Control Associates, Inc. all costs of collection, including reasonable attorney's fees and court costs, in addition to other amounts due.

PathCon Laboratories subscribes to Dun & Bradstreet Information Services and Receivable Recovery System.

LESS DISCOUNT: 0.00  
SHIPPING: 32.85  
TOTAL DUE: 463.35

**Exhibit 26**

Pathogen Control Associates, Inc. • 270 Scientific Drive, Suite 3 • Norcross, Georgia 30092  
TEL (770) 446-0540 • FAX (770) 446-0610  
TAX I.D. 58-1715576

SUITE DREAMS 01438

# PathCon® Laboratories

**INVOICE**

Invoice Number: S2443-IN  
Customer Number: HO03501

Invoice Date: 11/5/2010

Hotel Chester  
101 North Jackson Street  
ATTN: David Mollendor  
Starkville, MS 39759

---

**ITEMIZATION OF CHARGES:**

SAMPLES SUBMITTED BY DAVID MOLLENDOR

| Item | Qty | | Rate | Amount |
|---|---|---|---|---|
| Sample Collection Bottles | 3.000 | EA @ | 3.500 | 10.50 |
| Legionella Culture, Water | 3.000 | EA @ | 140.000 | 420.00 |

Credit terms are NET 30 Days from the date of invoice. Client agrees to pay to Pathogen Control Associates, Inc. interest from the due date of such payment until paid, at the rate of 1 1/2% per month, or such lesser charge at such lesser rate as may represent the maximum legal non-usurious rate permitted by law. If this account is given to a collection agency or to an attorney for collection, or if suit is brought for collection, or if is collected through probate, bankruptcy or other judicial proceeding, then Client shall pay to Pathogen Control Associates, Inc. all costs of collection, including reasonable attorney's fees and court costs, in addition to other amounts due.

PathCon Laboratories subscribes to Dun & Bradstreet Information Services and Receivable Recovery System.

LESS DISCOUNT: 0.00  
SHIPPING: 32.85  
**TOTAL DUE: 463.35**

Pathogen Control Associates, Inc. • 270 Scientific Drive, Suite 3 • Norcross, Georgia 30092  
TEL (770) 446-0540 • FAX (770) 446-0610  
TAX I.D. 58-1715576

**SUITE DREAMS 01439**

# PathCon® Laboratories

## INVOICE

Invoice Number: T0818-IN
Customer Number: HO03501

Invoice Date: 5/13/2011

Hotel Chester
101 North Jackson Street
ATTN: DAVID MOLLENDOR
Starkville, MS 39759

---

**ITEMIZATION OF CHARGES:**

SAMPLES SUBMITTED BY DAVID MOLLENDOR ON 5/3/11

| | | | | |
|---|---|---|---|---|
| Sample Collection Bottles | 3.000 | EA @ | 3.500 | 10.50 |
| Legionella Culture, Water | 3.000 | EA @ | 140.000 | 420.00 |

Credit terms are NET 30 Days from the date of invoice. Client agrees to pay to Pathogen Control Associates, Inc. interest from the due date of such payment until paid, at the rate of 1 1/2% per month, or such lesser charge at such lesser rate as may represent the maximum legal non-usurious rate permitted by law. If this account is given to a collection agency or to an attorney for collection, or if suit is brought for collection, or if is collected through probate, bankruptcy or other judicial proceeding, then Client shall pay to Pathogen Control Associates, Inc. all costs of collection, including reasonable attorney's fees and court costs, in addition to other amounts due.

PathCon Laboratories subscribes to Dun & Bradstreet Information Services and Receivable Recovery System.

| | |
|---|---|
| LESS DISCOUNT: | 0.00 |
| SHIPPING: | 31.26 |
| TOTAL DUE: | 461.76 |

Pathogen Control Associates, Inc. • 270 Scientific Drive, Suite 3 • Norcross, Georgia 30092
TEL (770) 446-0540 • FAX (770) 446-0610
TAX I.D. 58-1715576

**SUITE DREAMS 01440**

# PathCon® Laboratories

INVOICE

Invoice Number: T0818-IN
Customer Number: HO03501

Invoice Date: 5/13/2011

Hotel Chester
101 North Jackson Street
ATTN: DAVID MOLLENDOR
Starkville, MS 39759

ITEMIZATION OF CHARGES:

SAMPLES SUBMITTED BY DAVID MOLLENDOR ON 5/3/11

| Item | Qty | Unit | Rate | Amount |
|---|---|---|---|---|
| Sample Collection Bottles | 3.000 | EA @ | 3.500 | 10.50 |
| Legionella Culture, Water | 3.000 | EA @ | 140.000 | 420.00 |

Credit terms are NET 30 Days from the date of invoice. Client agrees to pay to Pathogen Control Associates, Inc. interest from the due date of such payment until paid, at the rate of 1 1/2% per month, or such lesser charge at such lesser rate as may represent the maximum legal non-usurious rate permitted by law. If this account is given to a collection agency or to an attorney for collection, or if suit is brought for collection, or if is collected through probate, bankruptcy or other judicial proceeding, then Client shall pay to Pathogen Control Associates, Inc. all costs of collection, including reasonable attorney's fees and court costs, in addition to other amounts due.

PathCon Laboratories subscribes to Dun & Bradstreet Information Services and Receivable Recovery System.

LESS DISCOUNT: 0.00
SHIPPING: 31.26
TOTAL DUE: 461.76

Pathogen Control Associates, Inc. • 270 Scientific Drive, Suite 3 • Norcross, Georgia 30092
TEL (770) 446-0540 • FAX (770) 446-0610
TAX I.D. 58-1715576

**SUITE DREAMS 01441**

# PathCon® Laboratories

## INVOICE

**Invoice Number:** T0922-IN  
**Customer Number:** HO03501  

**Invoice Date:** 5/31/2011

Hotel Chester  
101 North Jackson Street  
ATTN: DAVID MOLLENDOR  
Starkville, MS 39759

---

**ITEMIZATION OF CHARGES:**

SAMPLES SUBMITTED BY DAVID MOLLENDOR ON 5/17/11

| Item | Qty | Unit | Rate | Amount |
|---|---|---|---|---|
| Sample Collection Bottles | 3.000 | EA @ | 3.500 | 10.50 |
| Legionella Culture, Water | 3.000 | EA @ | 140.000 | 420.00 |

Credit terms are NET 30 Days from the date of invoice. Client agrees to pay to Pathogen Control Associates, Inc. interest from the due date of such payment until paid, at the rate of 1 1/2% per month, or such lesser charge at such lesser rate as may represent the maximum legal non-usurious rate permitted by law. If this account is given to a collection agency or to an attorney for collection, or if suit is brought for collection, or if is collected through probate, bankruptcy or other judicial proceeding, then Client shall pay to Pathogen Control Associates, Inc. all costs of collection, including reasonable attorney's fees and court costs, in addition to other amounts due.

PathCon Laboratories subscribes to Dun & Bradstreet Information Services and Receivable Recovery System.

**LESS DISCOUNT:** 0.00  
**SHIPPING:** 28.41  

**TOTAL DUE:** 458.91

Pathogen Control Associates, Inc. • 270 Scientific Drive, Suite 3 • Norcross, Georgia 30092  
TEL (770) 446-0540 • FAX (770) 446-0610  
TAX I.D. 58-1715576

**SUITE DREAMS 01445**

# PathCon® Laboratories

INVOICE

Invoice Number: T0922-IN  
Customer Number: HO03501  

Invoice Date: 5/31/2011

Hotel Chester  
101 North Jackson Street  
ATTN: DAVID MOLLENDOR  
Starkville, MS 39759

---

ITEMIZATION OF CHARGES:

SAMPLES SUBMITTED BY DAVID MOLLENDOR ON 5/17/11

| | | | | |
|---|---|---|---|---|
| Sample Collection Bottles | 3.000 | EA @ | 3.500 | 10.50 |
| Legionella Culture, Water | 3.000 | EA @ | 140.000 | 420.00 |

Credit terms are NET 30 Days from the date of invoice. Client agrees to pay to Pathogen Control Associates, Inc. interest from the due date of such payment until paid, at the rate of 1 1/2% per month, or such lesser charge at such lesser rate as may represent the maximum legal non-usurious rate permitted by law. If this account is given to a collection agency or to an attorney for collection, or if suit is brought for collection, or if is collected through probate, bankruptcy or other judicial proceeding, then Client shall pay to Pathogen Control Associates, Inc. all costs of collection, including reasonable attorney's fees and court costs, in addition to other amounts due.

PathCon Laboratories subscribes to Dun & Bradstreet Information Services and Receivable Recovery System.

LESS DISCOUNT: 0.00  
SHIPPING: 28.41  
TOTAL DUE: 458.91

Pathogen Control Associates, Inc. • 270 Scientific Drive, Suite 3 • Norcross, Georgia 30092  
TEL (770) 446-0540 • FAX (770) 446-0610  
TAX I.D. 58-1715576

**SUITE DREAMS 01446**