Opinions of William F. McCoy, PhD, In Regard to
Gross, *et al.* vs. Baltimore Aircoil Company, Inc., *et.al,*
United States District Court,
Southern District of Mississippi, Jackson Division
Civil Action No. 3:12-CV-423 DPJ-FKB

William F. McCoy
Submitted on February 5, 2015

**Exhibit 7**

1701 Quincy Ave Suite 32   Naperville, IL 60540   telephone 630 621 6921
wmccoy@phigenics.com

Opinions of William F. McCoy, PhD, In Regard to
Gross, *et al.* vs. Baltimore Aircoil Company, Inc., *et.al.*
United States District Court,
Southern District of Mississippi, Jackson Division
Civil Action No. 3:12-CV-423 DPJ-FKB

Submitted by W.F. McCoy on February 5, 2015

I.    Assignment and Compensation
II.   Qualifications and *Curriculum Vitae*
III.  Documents Reviewed
IV.   Opinions
V.    Foundation

## I.   Assignment

I have been retained by Baltimore Aircoil Company, Inc. (represented by Forman Perry Watkins Krutz & Tardy, Jackson MS) in the above named Civil Action No. 3:12-CV-423 DPJ-FKB as an expert in the fields of cooling water treatment, cooling water chemistry and microbiology, biofilms and the disinfection of water, *Legionella* analysis and control, prevention of legionellosis and building water system management. I have been therefore asked to review pertinent documents, deposition testimony and from that give my opinions in regard to the technical aspects in this case.

My compensation for this service is $400/h for expert document review and $500/h for expert witness testimony.

## II.   Qualifications

My career has been in the science of water chemistry, microbiology, cooling water treatment, analysis of microorganisms in water, disinfection of water, biofilm science and building water system management.

I graduated the Bachelor's degree with Honors in Chemistry ('76) and then, with Distinction, the Bachelor's degree in Microbiology ('77) from the California State University in Long Beach. I then studied water microbiology and biofilm development at the University of Hawaii from which I graduated the Master's degree ('79). Then, the leading academic research scientist in the field of biofilm and aquatic microbiology, Dr. J. William Costerton, recruited me to work with him at the University of Calgary, for whom I completed requirements of the PhD graduating in 1982. My graduate research for the PhD was in biofilm microbiology and it resulted in several peer-reviewed publications in leading scientific journals.

After graduation in 1982, I was recruited by the University of California to lead EPA-funded research on the municipal drinking water supply in Los Angeles, California. During that project, I discovered and described in publications of original research previously unknown aspects of microbiology and chemistry associated with drinking water distribution systems. I also taught the university course on water treatment microbiology and disinfection.

In 1984, I was recruited to industry. I worked during the next two decades (1984-2004) for leading providers of cooling water treatment chemical antimicrobials (Rohm and Haas, Great Lakes Chemicals, Nalco/Suez) in commercial development and technical innovation. Simultaneously during that period, I taught university courses on the microbiology of water and wastewater treatment in the School of Environmental Engineering at Purdue University, on staff as Visiting Professor.

In 2005, the International Water Association commissioned and then published my full-length book *Preventing Legionellosis*. The International Water Association is the largest international organization of water science and management professionals in the world. I received their highest award in 2001, the Medal for Outstanding Contribution to Management and Science (for a description of this award see: http://www.iwahq.org/n8/about-iwa/honours-and-awards/outstanding-contribution-to-water-manage.html).

I have been granted twenty-nine patents by the US Patent and Trademark Office (USPTO) all with international equivalents all disclosing water treatment inventions including novel and new chemical disinfectants, industrial antimicrobials and analytical methods for the detection and enumeration of microorganisms and biofilms.

I have previously served as a document review expert for a lawsuit. I have never given testimony as an expert witness.

*Curriculum Vitae*

William F. McCoy, PhD
Co-Founder and Chief Technology Officer, Phigenics, LLC
Phone: 630.621.6921    wmccoy@phigenics.com

Chronology of Professional Experience
2004-Present  Co-Founder, Phigenics, LLC
2002-2004 Research Director, Nalco
2000-2002 Managing Technical Director, Global Research, Ondeo Nalco, A Division of Suez
1994-2000 Technical Director, Nalco Chemical Corporation
1992-1994 Group Leader, Microbiology, Nalco Chemical Corporation
1990-1992 Group Leader, Great Lakes Chemical Corporation, West Lafayette, Indiana
*1988-1991* Visiting Professor, Department of Environmental Engineering, Purdue University
   *Part-time appointment concurrent with full-time corporate position*
1987-1990 Research Associate, Great Lakes Chemical Corporation, West Lafayette, Indiana
1984-1987 Senior Research Scientist, Rohm and Haas Company, Research Laboratories, PA
1982-1984 Post-Doctoral Research Fellow, University of California, Irvine, California

Education
Ph.D. Microbiology, 1982, University of Calgary  (Professor: J.W. Costerton)
M.Sc. Microbiology, 1979, University of Hawaii   (Professor: L.R. Berger)
B.Sc. Microbiology 1977 with Distinction, Calif. State University, Long Beach, CA
B.A. Chemistry 1976 with Honors, Calif. State University, Long Beach, CA

Selected Publications
Krageschmidt, DA, AF. Kubly, MS Browning, AJ Wright, JD Lonneman, MJ Detmer,, and WF McCoy. 2014. A Comprehensive Water Management Program For Multi-campus Healthcare Facilities. *Inf. Control and Hosp. Epidemiology.* 35(5):556-63

McCoy, W.F., Downes, E.L., Leonidas, L.F., Cain, M.F., Sherman, D.L., Chen, K., Devender, S. and M.J. Neville. 2012. Inaccuracy in *Legionella* Tests of Building Water Systems Due to Sample Holding Time. *Water Research,* 46(2012): 3497-3506

McCoy, W.F. and W.E Pearson. 2011. ASHRAE Standard 188P: Prevention of Legionellosis Associated with Building Water Systems. *The Analyst.* 19(2): 10-21. (published by Association of Water Technologists, AWT)

McCoy, W.F., Downes, E.L., Lasko, T.M, Neville, M.J. and M.F. Cain. 2009. A new method to measure viable *Legionella* and total heterotrophic aerobic bacteria. *The CTI Journal.* 30(1): 14-32. ISSN: 0273-3250 (published by the Cooling Technology Institute, CTI)

McCoy, W.F. 2006. Preventing legionellosis with hazard analysis and control systems. In: *Legionella*: State of the art 30 years after its recognition, *Eds*: Cianciotto, N. P., *et al.*; Chapter 130, pp. 538-542. ISBN: 978-1-55581-390-1; ASM Press, Washington, DC (published by the American Society of Microbiology, ASM)

McCoy, W.F. 2005. Preventing Legionellosis. Commissioned full-length book published by the International Water Association, London, UK   ISBN: 1843390949

McCoy, W.F. 2004. *Legionella.* Chapter 5, *In:* Microbial Waterborne Pathogens, E Cloete, *et al.* (eds); IWA Publishing and The World Health Organization. ISBN: I843390558

McCoy, W.F. 2003. Microbial fouling control for cooling water. *In:* Business Briefing: CPI Technology, pg. 65-67. World Markets Research Centre, Ltd, WMRC plc, London, UK   *www.wmrc.com*

McCoy, W.F. 2003. Microbial-fouling control for industrial systems, *In:* Biofilms in Medicine, Industry and Environmental Biotechnology: Characteristics, Analysis and Control, P. Lens et al. (eds), IWA Publishing, London.

McCoy, W.F. 2003. Why you should care about microbial control. *Process Cooling & Equip.* January 2003: 19-21.

McCoy, W.F. 2002. A New Environmentally Sensible Chlorine Alternative, pg. 52-62. *In:* Industrial Biocides: Selection and Application (eds. Karsa, DR. and D. Ashworth). The Royal Society of Chemistry, Cambridge, UK

Borchardt, S.A., E.J. Allain, J. J. Michels, G.W. Stearns, R.F. Kelly, and W.F. McCoy. 2001. Reaction of acylated homoserine lactone signal molecules with oxidized halogen antimicrobials. *Appl. Environ. Microbiol.* 67(7):3174-3179.

Michels, J.J, E. J. Allain, S. A. Borchardt, P. Hu , W. F. McCoy. 2000. Degradation pathway of homoserine lactone bacterial signal molecules by halogen antimicrobials identified by liquid chromatography with photodiode array and mass spectrometric detection. *J. Chromatography A.* 898(2000): 153-165.

McCoy, W.F. 1999. A New Environmentally Sensible Chlorine Alternative. 3rd Annual Green Chemistry and Engineering Conference Proceedings, June29-July 1, 1999. American Chemical Society Publication.

Yu, F.P., D. Ginn, and W.F. McCoy. 1999. Cooling tower fill fouling control in a geothermal power plant. *Corrosion Reviews.* 17(3-4):205-217.

US patents, all with international equivalents, covering innovations in cooling water treatment, antimicrobials (biodices), disinfectants, biofilm control and *Legionella* analytical methods:
7,939,314  7,935,521  7,901,932  6,423,267  6,419,879  6,322,749  6,287,473  6,270,722  6,156,229  6,136,205
6,123,870  6,096,225  6,017,459  6,007,726  5,948,315  5,942,126  5,922,745  5,795,487  5,702,684  5,683,654
5,670,055  5,416,198  5,416,107  5,358,963  5,246,963  5,122,301  5,090,990  5,045,104  4,965,377

Professional Elections and Appointments

Advisor (Appointed 2013), NSF International, to develop national education, training and certification program for HACCP-based Building Water System Management course and standard practice.

Chair (Appointed 2012-2013), American Society of Heating, Refrigerating and Air-conditioning Engineers (ASHRAE), Committee SPC188, with members from CDC and many other industry experts. Currently, a voting member. The committee has been convened to produce an ASHRAE Standard for preventing legionellosis associated with building water systems. (www.ashrae.org).

Chair (Appointed 2008-2009), Environmental Health Committee, American Society of Heating, Refrigerating and Air-conditioning Engineers (ASHRAE); oversight responsibility for all health-related issues for the 52,000 member society.

Member (Appointed), World Health Organization, committee to write a global guideline entitled *Legionella and the Prevention of Legionellosis,* Published 2007.

Vice-Chair (Appointed 2005), American Society of Heating, Refrigerating and Air-conditioning Engineers (ASHRAE), Committee SPC188, with members from CDC and many other industry experts. The committee has been convened to produce an ASHRAE Standard for preventing legionellosis (www.ashrae.org).

Voting Member (appointed), American Society of Heating, Refrigerating and Air-conditioning Engineers (ASHRAE), Committee GPC-12, with EPA, CDC, and industry experts. Produced *Guideline 12-2000: Minimizing the Risk of Legionellosis Associated with Building Water Systems.* The committee has been reconvened to upgrade the guideline to an ASHRAE Standard (www.ashrae.org).

Board of Directors, ALDA Pharmaceuticals Corporation. Vancouver, British Columbia, Canada

Symposium Chairman (appointed), National Association of Corrosion Engineers (National Association of Corrosion Engineers). For the 1997 meeting of T-7A-16 (Application/Misapplication of Biocides).

Chairman (elected), Technical Advisory Committee, Engineering Research Center, National Science Foundation, Center for Biofilm Engineering, Montana State University, 1992-1994. Directed activities of the Advisory Board, especially in strategic planning.

Chairman (appointed), Joint Task Group, *Standard Methods for the Examination of Water and Wastewater,* 17th ed., Section 9216, Direct Total Count by Epifluorescence Microscopy. 1990. Led the group that wrote a method that has now been adopted as a standard.

Vice-Chairman (elected), National Association of Corrosion Engineers (National Association off Corrosion Engineers). Work Group T-7A-16c: Biocide Effectiveness Monitoring in Cooling Water Systems.

Editor (invited). Member of the Board of Editors for the research and review journal *International Biodeterioration* covering the fields of biodeterioration control and biodegradation-biotechnology, 1989-1991.

Awards

Suez Trophy of Merit (the highest innovation award given by the group), Brussels, 2002
Grand Prize Management Innovation Trophy, Suez Group. Brussels, 2002
Medal for Outstanding Contribution to Management and Science, Intl Water Assoc., Berlin 2001
Inventor of the Year Award. The Intellectual Property Law Association. Chicago, 2001
2000 Grand Prize Technical Innovation Trophy, Suez Group. Paris, 2000
Governor's Pollution Prevention Award. The State of Illinois. 1999
R&D 100 Award. Research and Development Magazine. 1998. 40(10):140
Rohm and Haas Computer Applications Research Award. 1986.
Rohm and Haas Performance Merit Award, 1986.
Environmental Protection Agency Post-Doctoral Fellowship. 1982-1984.
NOVA Foundation Scholar, Full Graduate Scholarship, University of Calgary, Canada. 1981.

Graduate Research Assistantship, Microbiology, University of Calgary, Canada 1980.
Graduate Research and Teaching Assistantships, University of Hawaii.1977-1979.

Certifications
Public Water System Operator, Non-transient, Non-Community, USEPA, IDPH PWS I.D. #11890
Analytical Laboratory Certifications:
      USEPA: National Environmental Laboratory Accreditation Program, Registry No. 17595
      CDC: Environmental *Legionella* Isolation Technique Evaluation (ELITE) program.
Certified Indoor Environmentalist (CIE), Indoor Air Quality Association, 2004
Certified HACCP Manager, NSF International and Experior, 2005.

### III.  Documents Reviewed

*Deposition Transcripts*
James David Dickerson (Exhibits 1-37) – October 28, 2014
Bruce Brackin (Exhibits 38-86) – November 5, 2014
David Mollendor (Exhibits 87-117) – November 9 and 10, 2014
Travis Shorter – December 10, 2014
Chris South – December 10, 2014
James Michael Hambrick, III - December 11, 2014
George White (Exhibits 126-127) - December 30, 2014
Cory Langstrom – December 30, 2014
Edward Smith (Certified Labs documents) - January 8, 2015

*Documents*
Assured Bio Labs (ABL 000001-1169)
Gorham Schaffler/GS Automation Inc. (GSA 000001-8)
Linden Witherell (WITHERELL 000001-1169)
Initial Disclosure of NCH/H2O Works/Chem-Aqua (H2O 000001-4, CA 000001 and CL 000001-28)
ChemAqua/Suite Dreams Water Treatment Documents - 167 documents ranging from 00295 to 01511
Video of spray nozzle and top of the cooling tower fill   IMG_0547.MOV
City of Starkville Documents - Drinking Water Quality Reports 2010, 2011, 2012 and selected monthly test results
Diane Horton's interrogatory responses to Chem-Aqua
Diane Horton's interrogatory resonses to BAC
Pathcon Laboratories (000001-000344)

*Medical Records*
Bobby Horton - 6 documents
Diane Horton - 4 documents
Kevin Horton - 1 document
Nanette Gross - 18 documents
Terry Gross - 1 document

*Guidance Documents and Scientific Papers in the Open Literature*
As given in Section V. Foundation.

### IV.  Opinion
With a reasonable degree of certainty in my field, the opinions I have drawn are:
    A.  Industry accepted practices for cooling tower water treatment should have been followed by Certified Labs but were not followed at The Hotel Chester (the property named in this dispute) for the decade preceding the disease and injury as follows:
        a.  Water treatment was ineffective; products, service and advice were not competently provided.
        b.  Inadequate cleanup of sediment and debris in basin, fill and associated plumbing
        c.  No start-up/shut down procedure
        d.  No oxidizing biocide and/or inappropriate (potentially illegal and dangerous) use of an unidentified biocide.
        e.  No documentation of biocide addition as to dosage or frequency of dose
        f.  No biocide performance measurements; biofouling observations were inadequate

B. Ineffective water treatment resulted in proliferation of *Legionella* in the cooling tower and on surfaces in the cooling tower system including at least in the basin, the fill and in areas of low or intermittent flow (referred to as "dead legs") in the plumbing.

C. *Legionella* from this cooling tower system was disseminated into the environment including the vicinity occupied by guests of the hotel and resulted in several confirmed cases of *Legionella* disease (legionellosis).

D. Had water treatment been applied properly and in accordance with industry-accepted practice during the decade prior, then the likelihood of disease and injury associated with this cooling tower would have been very low or negligible.

E. Difficulties encountered in remediation indicated that several issues contributed to *Legionella* proliferation in the system including (but are not limited to) heavily fouled fill, dirt and sediment distributed throughout the plumbing, poor mixing and irregular alternation of the dual pump system and low quality source water received as make-up to the system. Some or all of these factors are variously encountered whenever cooling water systems are used; the cooling tower at the property is not unusual or atypical in this regard.

F. Replacing the cooling tower was unnecessary.

**Details in support of these opinions A-F (references to Section V. Foundations).**

*A. Industry accepted practices ... were not applied.*

a) From the documents and deposition testimony taken in this case, it is clear that industry accepted practice for water treatment was not applied. Water treatment products, services and advice were not competently given. Mr. Mollendor received technically bad advice about water treatment and water treatment chemicals from the water treatment professionals he engaged, as follows.

Since the late 1980s, control of microbial fouling in cooling towers has been a public health issue known to the water treatment industry. In 1999, OSHA first published guidelines informing that there are an estimated 25,000 cases of disease and 4,000 deaths each year in the US due to *Legionella* infections from exposure to contaminated building water systems, including cooling towers. Therefore, disease from water systems is clearly an issue about which competent water treatment professionals must be concerned. Best practice procedures, guidelines and recommendations are readily available at no charge. Water treatment industry organizations that establish best practice guidance for cooling towers have been widely in use for much more than a decade (1,2,3,4,5,6). Note that Chem-Aqua, the wholly owned water treatment subsidiary of NCH Corporation, is a member of the Association of Water Technologies (AWT) and therefore contributed to the development of industry guidance and best practice in regard to *Legionella* and its control in cooling water which was published in 2003 (2). Note also that the cooling tower operation and maintenance manual from BAC indicates that competent water treatment specialists should be engaged to ensure biological control, and specifically, control of *Legionella* because it is a recognized safety concern (6). There is really no technical excuse for a competent water treatment professional to be unaware that cooling tower water must be properly treated to control *Legionella* or to claim that it is "not what water treaters do" or that it is impossible to do (7).

b) The cooling tower was apparently not adequately cleaned and disinfected before operation (8,9). Regardless of what biocide was used and in whatever quantity or frequency, if the system had been merely "cosmetically" cleaned and rinsed, then microbial control would be difficult or impossible to achieve with any biocide. Debris, sediment, heavy fouling in the cooling tower fill, algae on surfaces were visible and the spray nozzles were so fouled and corroded as to be obviously impaired. The microbial fouling and *Legionella* proliferation was deeply seeded.

c) Further, the cooling tower was not operated in the winter months during which the water sat stagnant (10); however, contrary to industry accepted practice, apparently no startup procedure (11) to clean and disinfect the stagnant water was employed or recommended.

d) For a properly cleaned and disinfected cooling tower, the preferred water treatment is continuous oxidizing biocide and has been for many decades (3,12). When referring to the water treatment chemicals needed, Mr. Smith testifies to having recommended an oxidizing biocide at the time of his first meeting with Mr. Mollendor (13) but there is apparently no written record of that and it is disputed by Mr. Mollendor.

Non-oxidizing biocides are useful in systems for which it is not possible to use oxidizing biocides (such as in the chemical processing industry) but that does not apply to HVAC cooling towers such is this one. Even when non-

oxidizers are used, it is recommended that oxidizing biocides should be also intermittently used. This has been industry-accepted practice for many decades and has been given as guidance (1-6).

For many decades now, competent water treatment professionals have been aware that *Legionella* in cooling towers is a recognized biological hazard that must be controlled. The water treatment chemical company and its representative, Mr. Smith, in this case were clearly aware of the issue since they offered the "Legionella (sic) Minimization Program" (14) that prominently includes oxidizing biocides. However, this offer was apparently given in writing for the first time on July 12, 2010, which was after disease and injury had already been associated with the property (Suite Dreams 0001078-0001090).

Further to d)  Apparently, an unidentified "chlorine" solid product (called variously by the owner "tablets" or "pellets" or "pills") was used. Testimony given in depositions from several persons indicates that this product was in an unlabeled bucket, age unknown, chemical composition, unknown. The active ingredient concentration (strength) of the product was unknown as was its EPA-approved use directions (the application specifications). It must be noted that application of cooling tower biocides is regulated by the federal government under FIFRA (15). It is illegal to use an unlabeled product in an unspecified manner and in disregard of the legally binding application specifications given on the EPA label. Therefore, at this property according to testimony, water treatment with this chemical was not in accord with federal law. It was also likely to be ineffective in controlling microbial fouling in a system such as the one in question. It was also likely to be dangerous. There appears to be no written record that Mr. Mollendor was warned against this potentially illegal and dangerous application of a federally regulated chemical.

Rather, Mr. Mollendor appears to have been given specific advice about using the unknown, unlabeled product and encouragement to use it up (16). This is unacceptable practice for a water treatment professional. It is most certainly unacceptable for the sales representative of a company that sells EPA-regulated chemicals for water treatment because it is apparently an inducement violate federal law. Use of a regulated product without regard to the law that regulates use of that product is illegal. It is also potentially dangerous as follows.

There are several solid oxidizing biocides approved by EPA for use in cooling towers that look like "tablets" or "pellets" or "pills". One of the most popular is acidic when dissolved in water (bromochlorodimethylhydantoin); an equally popular solid oxidizing biocide is basic (caustic) when dissolved in water (calcium hypochlorite). Handling acidic and caustic chemicals, dissolving them in buckets of water, suspending them in bags without specific handling precautions and EPA-approved application instructions is a violation of federal law.

An investigation I conducted many years ago provides an example: An explosion occurred from accidental mixing of two different solid biocides that looked the same to an operator; the mixture was reactive and the product vessel exploded due to excessive heat and pressure resulting from the mixture. This accident is an example of why using unlabeled unidentified products is dangerous and therefore, not acceptable.

e)  No record of biocide additions can be produced from careful review of the service report documents. There are no records indicating biocide dosages or the frequency of doses applied. The dose and frequency of the biocide additions are therefore, unknown. There are no documents indicating biocide performance measurements or observations (however, from other testimony, the cooling tower was apparently fouled, visible algal biofilms were observed and the spray nozzles were clogged).

Therefore, it is mere speculation as to whether or not the non-oxidizing biocide used for several years in this cooling tower before the disease and injury occurred had any measurable efficacy whatsoever. There was no defensible or quantifiable application of oxidizing biocide.

f)  Cooling water was splashing out of the top (a condition caused by heavily fouled fill and/or clogged spray nozzles) and algal biomass in the cooling tower was obvious. However, these observations were apparently not recognized by the water treatment professional and his company to be directly associated with failure of the non-oxidizing biocide to control microbial fouling and therefore, the potential of *Legionella* exposure from the cooling water system.

*B.    Ineffective water treatment resulted in proliferation of* Legionella ...
Given the testimony, in my opinion with a reasonable degree of certainty in my field, it is unlikely that the biocide treatments were effective. Ineffective water treatment for control of microbial fouling and *Legionella* in this cooling water system resulted in proliferation of *Legionella*, in my opinion, as follows.

*Legionella* bacteria proliferate in sediments, deposits, microbial biofilms, low-flow/stagnant areas of warm water systems. Evidence from testimony and associated exhibits confirm these conditions in the cooling tower at the Hotel Chester. For instance, on 2/27/07 it was noted on the Field Service Report that there was visible mud in the cooling

tower (Suite Dreams 00470). Additionally, it was noted in testimony that algal biomass was visible on surfaces in the system, cooling water was splashing vigorously out the top of the cooling tower (18,19) and after the first failed attempt to remediate, the spray nozzles were so clogged as to be only marginally functional.

Cooling water splashing (in Mollendor's words, "percolating", "regurgitation") from the top of the cooling tower was consistently observed and reported by multiple person in the deposition testimonies; this confirms that it was obvious and extensive.

Cooling water splashing from the top of the cooling tower is the result of heavily fouled fill and/or clogged spray nozzles. There is really no other rationale explanation or reasonably imaginable cause. I have personally seen many cooling towers with such greatly fouled fill and with partially plugged spray nozzles such that they operate with inefficient distribution of water on the "wet deck" resulting in splashing out the top. When this occurs, it means the fill and/or the spray nozzles are heavily fouled.

That microbial control was inadequate is not surprising given the choice of product and how little of it was used (based on invoiced purchase documents in Exhibits). The biocide (MB 2128) in use from April 2006 through to 2010 is an EPA-registered product and, as is true for all biocides, it use is regulated by federal law (15). Taken from the EPA-approved label (attached, see Foundations, see 20), instructions for use are:

> MB-2128   DIRECTIONS FOR USE
> It is a violation of Federal law to use this product in a manner inconsistent with its labeling.
>
> To control algae and bacterial slimes, use MB-2128 as directed. For best results, slug feed. The frequency of addition of microbiocide needed depends on many factors. To optimize your use of MB-2128, follow this procedure
> 1. Initially use 60 fluid ounces per 1,000 gallons of water to be treated (20 ppm active quaternary). Should the above dosage not give satisfactory results, use 90 fluid ounces per 1,000 gallons of water. Repeat the initial dose every seven days or increase the frequency if needed.
> 2. When the above treatment level is successful, use 20 to 30 fluid ounces per 1,000 gallons of water to maximize efficiency. Repeat weekly as needed.

As noted previously, dosages and frequencies of MB-2128 do not appear in the reviewed documents. However, inference can be made given several assumptions as follows:

- Assume that the volume of the cooling water system was 1,000 gallons (a reasonable estimate for a cooling system such as this).
- Assume the maximum dose at a frequency of 2x per week was used because the system was fouled, visible algal biomass was apparent, spray nozzles were plugged and there was mud in the basin. (Note: in systems such this and with no oxidizing biocide, a greater frequency of at least 3x per week at the maximum dose would be more likely recommended until the system was brought under control)
- The dose ("slug feed") of product should have been 90 fl oz; therefore, a 20 gallon drum could provide about 28 doses: (20gal x 128oz/gal)/90oz per dose = 28.4 doses.
- At a dose frequency of 2x per week, a 20 gallon drum would be expected to last about 14 weeks, at best.

The purchase invoices indicate as follows:

| Date | Weeks Between Orders | Quantity (gallons) | Bates No. |
|---|---|---|---|
| 4/21/06 | - | 20 | Suite Dreams 00505 |
| 5/17/07 | ~ 56 | 20 | Suite Dreams 00441 |
| 2/12/08 | ~ 36 | 20 | Suite Dreams 00456 |
| 3/29/10 | ~ 106 | 10 | Suite Dreams 00430 |
| 4/27/10 | - | 10 | CL 000022 |

The intervals between invoices are far more than 14 weeks. There was apparently no product ordered in 2009 at all. There was apparently no product used prior to April 2006. It will be noted that the cooling tower was not operated during the winter months (Dec-Feb), however the system was apparently allowed to sit wet for those months and therefore should have been treated with biocide.

This quantity of MB-2128 would be expected to not control microbial fouling in such a system. Even though MB 2128 might have had some limited efficacy, nevertheless in such a fouled system as this and with no reliable

oxidizing biocide application, there must be no surprise (on a technical basis) regarding the lack of microbial control in this cooling tower.

Therefore, *Legionella* proliferation to potentially dangerous levels in this system would have been very likely, in my opinion, because not nearly enough biocide was used.

*C.* Legionella *from this cooling tower system was disseminated ...*

Review of the CDC investigation, analyses, medical records, and documents produced by the Mississippi State Department of Health (17) indicate that the disease cases are strongly associated with the cooling tower at the property. The timeline and the microbial characteristics of environmental isolates from the cooling tower matched sufficiently well with the clinical isolates from multiple disease cases to establish a probable association. Exposure to pathogenic *Legionella* was very likely by dissemination of aerosols from the cooling tower. The route of *Legionella* exposure from the cooling water system to susceptible persons in the vicinity was, most likely in my opinion, excessive splashing from the top of the cooling tower.

*D.   Had water treatment been applied properly ... the likelihood of disease ... would have been low.*

There is ample evidence in the scientific literature and in guidance documents (see references cited in Foundations) that control of microbial fouling and *Legionella* in cooling tower water are achieved through properly applied EPA-regulated antimicrobial chemicals, usually referred to as "biocides", in accordance with federal law and industry best practice. By this practice, *Legionella* is prevented from proliferating in cooling tower systems.

Biocides are an important aspect, but not the only aspect, of effective, competent water treatment. The cooling water system must be properly maintained and kept clean. When a cooling tower is operated seasonally, then it must be shutdown and started up safely. There must be documented performance measurements/observations to confirm that the products are working as intended. Given the testimony and documents in review, these aspects of water treatment were apparently lacking for the cooling water system at issue.

Accordingly, it is my opinion with a reasonable degree of certainty in my field that, if an effective well-managed water treatment program had been used in this cooling tower, then control of *Legionella* bacteria would very likely have been achieved and therefore, the likelihood of disease and injury associated with this system would have been very low or negligible.

*E.   Difficulties encountered in remediation indicated several issues ...*

Clogged spray nozzles were replaced following the first remediation attempt to disinfect the cooling water system was administered by a professional water treatment provider. This suggests that the procedure released massive amounts of material including biomass and debris. However, water splashing from the top of the cooling tower was not corrected by this first procedure and *Legionella* was detected in water samples taken immediately after the procedure. There is no technical mystery as to why the disinfection attempt was unsuccessful, as follows.

Mr. Mollendor and his maintenance man subsequently repeated the remediation several times by application of a similar protocol using the same chemicals but with apparently more vigor in flushing out the fill. His testimony (19) indicates that the cooling tower fill was heavily fouled, loaded with much sediment, dirt and debris and biomass "biofilm". He and his assistant successfully flushed out the fill and made note of it. Before their more vigorous power wash, the cooling water was not flowing properly through the fill. In my opinion, this was most likely due to the dirt, sediment, biomass and various fouling materials deep in the fill that had not been previously removed. Mr. Mollendor testified that the condition of the fill resulted in (his words) "regurgitation" or "percolation" out of the top; however after his power wash of the fill, the offending materials in the fill were removed and the "percolation" problem was resolved (19).

Of course, all of that fouling deposit and debris in the fill would have most certainly prevented effective chemical disinfection by harboring (protecting) *Legionella* and other microorganisms and by consuming disinfectant. Not surprisingly, after the vigorous power wash performed by Mr. Mollendor and his assistant, the next disinfection remediation protocols were much more successful.

However, *Legionella* detections were still obtained indicating that, in addition to heavily fouled cooling tower fill, other water treatment issues remained unresolved. At least two other issues related to inadequate water treatment were identified: i) during at least part of one year, the water quality supplied to the cooling water system from the city was very poor ("dirty", discolored, distasteful water that resulted in complaints from guests) and ii) the plumbing configuration for the dual pump system resulted in areas of low flow/stagnant, referred to as "dead legs"(sic). Both of these contributing factors could have been mitigated by effective cooling water treatment.

Much was made during depositions about Mr. Brackin's good work to help solve the water treatment puzzle. Surely the areas of low flow/stagnant water in the dual pump configuration were a contributing factor. However, it is

1701 Quincy Ave Suite 32   Naperville, IL 60540   telephone 630 621 6921
wmccoy@phigenics.com

my opinion that this factor was just one of many contributing factors and probably not the factor of most significance. After a decade or more of ineffective water treatment, the cooling water system at this property was heavily and deeply fouled. It was laden with dirt, debris, algal biomass and biofilms throughout. Therefore, the relatively small volume of stagnant water in the plumbing that received essentially no water treatment chemical was just one of many contributing factors.

It is very likely, in my opinion with a reasonable degree of certainty as an expert in this field, that *Legionella* would have been controlled adequately throughout the cooling water system, including in the low flow areas, referred to as "dead legs" (sic), if during the decade preceding this disease outbreak i) the entire system had been treated with an effective EPA-registered oxidizing biocide in accordance with federal regulations for cooling water applications, ii) the cooling tower fill and strainers had been free of dirt, debris and biomass, iii) the algal biofilms had been controlled, iv) a shutdown and startup procedure to prevent microbial growth during the off season had been used, v) the dual pump system had been rotated regularly and vi) performance of the microbial control chemicals had been assessed.

### F.   Replacing the cooling tower was unnecessary.

The factors contributing to *Legionella* proliferation in this cooling water system were identified and resolved, one-by-one. The area of low flow/stagnation is not unique to this cooling water system; areas of low flow/stagnant water are a common occurrence that every competent water treatment professional must manage. In fact, the factors contributing to this disease outbreak are not unique or atypical.

Mr. Brackin and the water treatment company developed a cooling water operation and maintenance manual and designed a water treatment program (Brackin exhibit 38). The manual and water treatment program appear to be quite adequate; it is in accord with industry best practice.

Replacement of the cooling tower with an entirely new cooling tower was proven unnecessary by test results indicating *Legionella* detections in cooling water samples obtained after the replacement.

In my opinion, the cause of the deeply seeded microbial fouling and *Legionella* proliferation in this cooling water system was the result of more than a decade of inadequate water treatment.

V. Foundation

1. Department of Labor, Occupational Safety and Health Administration (OSHA). 1999. OSHA Technical Manual. Legionnaires' Disease. Section III: Chapter 7. See "Incidence". Free download at: www.osha.gov/dts/osta/otm/otm_iii/otm_iii_7.html#1

2. Association of Water Technologies (AWT). *Legionella* 2003: An update and statement by the association of water technologies (AWT). Association of Water Technologies, McLean, Va. (2003). Free download at:www.awt.org/IndustryResources/Legionella03.pdf

3. Cooling Technology Institute (CTI). Legionellosis Guideline: Best Practices for Control of *Legionella* (2006). http://www.cti.org/downloads/WTP-148.pdf

4. American Society of Heating, Refrigerating and Air-conditioning Engineering (ASHRAE). 2000. Minimizing the risk of legionellosis associated with building water systems. GPC 12:2000.

5. Fields, B.F. and M. Moore. 2006.  Control of legionellae in the environment: A guide to the US guidelines. *ASHRAE* Transactions, Vol. 112(1): 691-699   CH-06-12-1.

6. BAC Cooling Tower Operation & Maintenance Manual, Pgs. 18 – 23; available on line and in Exhibits. (italics and underlines are mine). **In the Water Treatment Section:** "NOTE: Since the quality of the ambient air and make-up water varies significantly from job site to job site, BAC strongly recommends obtaining the services of a competent water treatment specialist prior to the initial start-up of the evaporative cooling equipment. Additionally, to protect against the risk of *Legionella* contamination, never operate the cooling equipment without adequate biological control. "
A proper water treatment program, administered under the supervision of a competent water treatment specialist, is an essential part of routine maintenance to ensure the safe operation and longevity of evaporative cooling equipment, as well as other system components.

**Biological Fouling** – Slime and algae formations may reduce heat transfer, promote corrosion, and harbor pathogens such as *Legionella*.

**Initial Start-up and Start-up Following a Shutdown Period:**

"To minimize the risk of biological contamination during a shut-down period of three days or more, it is recommended that the entire system (evaporative cooling equipment, system piping, heat exchangers, etc.) be drained. To resume operation of a drained system and at initial start-up, clean all debris from the cold water basin and fill the system with fresh water. Then execute one of the following biocide treatment programs while operating the circulating pump and prior to operating the unit fans: Resume treatment with the biocide that was used prior to shut- down. Operate the pump only while maintaining the maximum recommended biocide residual for a sufficient duration (residual and time will vary with the biocide) as recommended by the water treatment supplier. Start the fan only after this treatment period is completed. Check the pH of the circulating water and, if necessary, adjust it to 7.0 - 7.6 pH. Then, running the pump only, treat the system with sodium hypochlorite to maintain a level of 4 to 5 mg/l (ppm) free chlorine (as Cl₂) over a six-hour period. Test kits for measuring the free residual of chlorine are commercially available. Start the fan only after this treatment period is completed. When it is not practical to drain the system during shut-down periods, install a by-pass line with shut-off valves to permit the recirculating water to circulate throughout the system, including the unit basin, while bypassing the fill section of the evaporative cooling equipment (fans should remain off). Treat the system as per one of the above-described methods prior to restarting the unit. "

7. Videotaped deposition of Mr. Cory Langstrom. December 30, 2014, Pg 16-17. When referring to *Legionella* and its control: **"Q. Was there any course work or materials or did they cover Legionella at all and controlling Legionella?** A. Not controlling Legionella. Nothing -- I mean, that's not what a water treater does. We don't -- we can't. It's not -- one of the byproducts may be to help by controlling microbiological growth that Legionella may be in that, but, you know, just from the nature of what a cooling tower is, you're not going to control Legionella. They -- they -- you don't -- we don't talk about that with customers -- **Q. Okay.** A. -- because I can't do it. I mean, I can't -- I don't want to give a customer false insecurity, so that's -- that's on them. They've got to -- that's part of their responsibilities as a -- as the owner to deal with that. **Q. So it's up to the premises owner to control the Legionella?** A. To be aware of what he needs to do. You know, nothing is going to -- I really don't know. I mean, I don't know what their standards are, or what their rules are. All I know is we don't. That's all I can really speak to. Pg 17. A. It's not -- it's not my job as a water treater."

8. Videotaped deposition of Mr. David Mollendor. November 9-10, 2014, Pg . 79. "Now, keep in mind, the thing probably didn't have a hell of a lot of use in 15 years, either, because I think it was in and out of business several times, so it sat without a lot of use. "

9. Videotaped deposition of Mr. David Mollendor. November 9-10, 2014, Pg . 242. Mr. Mollendor states when referring to renovations, reconditioning and initial startup of the cooling water system when he opened the hotel "Well, when Lynn Robinson first came, and we started looking at it, we opened everything up, and -- and, you know, it was pretty obvious everything was filthy, so he said, well, you've got to get everything cleaned up first before we can, you know, start to do much. He could start on valves and things like that after his investigation, but the cooling tower had, you know, seven or eight inches of sediment in the bottom of it, and, you know, that was pretty obvious that that needed to be cleaned. I don't think anybody has to tell you, but we took the whole thing apart, including the drift eliminators came off the top. And then they started taking the fan housings apart and so forth, so did he tell me more than cleaning it cosmetically, no. We ran water through the system and down into the mechanical room. Then we opened the strainers on the pumps, on all four of them, and cleaned all of the strainers. Then, you know, he started to get -- see if he could get equipment to run. You know, it was a process of opening -- you know, a head of lettuce, you take one layer off, and then you take another layer off and another layer, and then you get to the bottom of it and start putting it back together. **Q. And at that time, it was dirty from the construction of the installation?** A. No, it was dirty from sitting. **Q. Okay.** A. Sitting unused. "

10. Videotaped deposition of Mr. David Mollendor. November 9-10, 2014, Pg . 77-78 "I would check them every three months, so at that time, I never drained the cooling tower because it had a heater in it, so in the wintertime, the likelihood of having something freeze was -- was pretty small, so I had water in the cooling tower all the time, so we would check it every three months regardless of weather conditions. "

11. **Section 7.6.3 Cooling Tower Shutdown and Startup Procedure.** American Society of Heating, Refrigerating and Air-conditioning Engineering (ASHRAE). 2000. Minimizing the risk of legionellosis associated with building water systems. GPC 12:2000.

12. Cooling Technology Institute (CTI). Legionellosis Guideline: Best Practices for Control of *Legionella* (2006), pg. 6 **Routine Treatment.** For relatively clean systems or where clean potable water makeup is used, feed a source of halogen (chlorine or bromine) continuously and maintain a free residual. Continuous free residuals of 0.5 to 1.0 ppm in the cooling tower hot return water have been recommended by many agencies. Periodic monitoring of the residual at sample points throughout the cooling water system is needed to insure adequate distribution. **Routine Treatment Intermittent Use of Halogens** Continuous halogenation is always preferred...however, if this is not possible, intermittent use of halogen is allowed.

13. Videotaped deposition of Mr. Edward Smith. January 8, 2015, Pg 72 and beyond. When referring to the chemical water treatment, Mr. Smith testifies to having recommended an oxidizing biocide from the time of his first meeting with Mr. Mollendor. However, this is disputed in the Mollendor testimony.

14. Videotaped deposition of Mr. Edward Smith. January 8, 2015, Pg 191. When referring to recommendations after the outbreak had been declared: " I recommended that he start using the Legionella (sic) Minimization Program. I gave him a copy of the procedures, labels, and MSDSs, materials needed. .... He ordered the product and plans to do this procedure. "

    Note from McCoy: this program uses solid chlorine/bromine (sodium dichloro-s-triazinetrione + sodium bromide) with biodispersant and anti-foam, as needed. It is a typical and highly effective program for *Legionella* control when used properly and in accordance with the EPA labels that regulate application of biocides.

15. Environmental Protection Agency (EPA). Antimicrobial Pesticide Registrations. http://www2.epa.gov/pesticide-registration/antimicrobial-pesticide-registration

16. Videotaped deposition of Mr. David Mollendor. November 9-10, 2014, Pg . 267-272; pg 370. Regarding the use of an unidentified, unlabeled, product apparently intended for an EPA regulated use in cooling towers, Mr. Mollendor testifies to receiving specific application advice for using the product, "**Q. Thank you. Earlier, you described to us that you would dissolve five or ten tablets -- A. Ten. Q. -- in a five gallon bucket, and then you would let the pump system pump the chemicals throughout the system. Is that what you told us?** A. No, that's not what I told you. I told you I would do 10 or 15 tablets. I think Ed and I talked, and he said, well, put a minimum of 10 in the bucket, and then don't put more than a gallon of water. **Q. Do you recall whether you put 10 tablets or 15 tablets?** A. I put 10 or 15. " (... and so on through at least pg 272.)

    Then on pg. 370: "**Q. Well, 1 was curious, because the timing is not -- the timing is these -- if you're concerned about them becoming immune, this is two months before some of the plaintiffs come to the hotel.** A. If you see, those -- those pills -- those tablets, I call them pills, those tablets have been here since I bought the hotel, which I told Ed. I said I've got -- have these here since I bought the place. I'd like to use them up if there's a possibility they can be used, you know, because they had marked on them open loop, something like that, and he looked at them and told me to go ahead, use them. **Q. Did he look at the bucket that they were in?** A. Yes."

17. Brackin Exhibit 54 and associated documents from the Centers for Disease Control and Prevention (CDC) and from the Mississippi State Department of Health (MSDOH).

18. Videotaped deposition of Mr. George White. December 30, 2014, Pg.84: "**Q. Did you notice -- I mean, was the you mentioned some moisture problem. Had that been solved?** A. No. It still looked like somebody was inside with a water hose spraying out the top of the tower. I mean, it -- I've never seen anything like it. In fact, I even called BAC afterwards -- **Q. Okay.** A. -- trying to get answers. **Q. And tell me -- well, first of all, describe for me what that looked like. Well, first of all, was the water coming out of the top, was it any better --** A. No. I mean, during the whole time we were doing the cleaning, I mean, whenever I had to add bromine and go out to the tower to get a water sample to run a test, I mean, I would -- I would look to -- to see

where it was raining down, so it wouldn't ruin my clothes while I was getting a sample or adding bromine to the system. **Q. Okay.** "

19. Videotaped deposition of Mr. David Mollendor. November 9-10, 2014, Pg 191. When referring to the a subsequent remediation that he and his maintenance man did themselves during which a high-pressure hose was being used to thoroughly wash out the fill, Mr. Mollendor states: "So he ran through the whole fill with as -- as close and as much as he could to each individual cell running through the tower. It was after .... that the water regurgitation out of the top of this -- out of the top of the cooling tower stopped. So we knew we had cleared the fill of the biofilm and so forth that was -- that was previously in there and that we couldn't get out of the system." And then: "**Q. The percolating condition was solved or cured by this disinfection of the cooling tower procedure that Mr. Dickerson recommended?** A. Right. The Rube Goldberg disinfection system that we developed actually stopped it from percolating. "

20. MB-2128  EPA-approved Label

