**Linden E. Witherell, P.E., M.P.H., D.E.E.**
**Environmental Health Services**
**777 South Prospect Street**
**Burlington, Vermont 05401**

**November 22, 2011**

**FACSIMILE TRANSMISSION TO David Mollendor  (662) 320-7006**

David Mollendor
Hotel Chester
101 North Jackson Street
Starkville, MS 39759

Re:     Invoice for Services November 1, 2010 through November 22, 2011.

Dear David:

Enclosed for payment is the subject invoice for $_____ for providing
environmental/public health engineering consulting services, no travel expenses are included.

David, I realize that finances may be difficult at present and full payment may not be possible
at this time.  However, any partial payments as finances allow, would be appreciated.

Please do not hesitate to call me if you have any questions, or if I may be of any further
assistance.

Sincerely,

Linden E. Witherell

Enclosure



EXHIBIT
PENGAD 800-631-6989
170
Witherell

**Exhibit 4**          WITHERELL 000074

**Linden E. Witherell, P.E., M.P.H., D.E.E.**
**Environmental Health Services**
**777 South Prospect Street**
**Burlington, Vermont 05401**

**November 22, 2011**

Invoice submitted to:

David Mollendor
Hotel Chester
101 North Jackson Street
Starkville, MS 39759

In Reference To:   Public Health Engineering Consultation
                   Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/30/2010 CHARGE | Receive and review e-mail from David Mollendor of the Hotel | 0.16 | NO |
| | Chester. | 90.00/hr | |
| 12/10/2010 CHARGE | Telephone conversation with David Mollendor. | 0.71 | NO |
| | | 90 00/hr | |
| CHARGE | Prepare letter of introduction with resume, and a list of | 0 81 | NO |
| | publications and presentations and e-mail to David Mollendor.. | 90.00/hr | |
| 12/16/2010 CHARGE | Telephone conversation with David Mollendor. | 0 45 | NO |
| | | 90.00/hr | |
| 12/16/2010- CHARGE 12/17/2010 | Receive and review e-mail from David Mollendor | 1.28 | NO |
| | | 90.00/hr | |
| 12/16/2010 CHARGE | Telephone conversation with David Mollendor. | 0 53 | NO |
| | | 90.00/hr | |
| 12/20/2010 CHARGE | Telephone conversation with David Mollendor. | 0.09 | NO |
| | | 90.00/hr | |

WITHERELL 000075

E-mail to David Mollendor.

CHARGE

0.16    NO

90.00/hr

|  | Hrs/Rate | |
|---|---|---|
| Amount | | |
| 12/20/2010  Send e-mail to David Mollendor.<br>CHARGE | 0 04 | NO |
| | 90 00/hr | |
| Prepare retention letter and e-mail to David Mollendor.<br>CHARGE | 0 85 | NO |
| | 90.00/hr | |
| 12/21/2010  Receive and review e-mail received from David Mollendor.<br>CHARGE | 0.07 | NO |
| | 90.00/hr | |
| 12/23/2010  Revise retention letter and e-mail to David Mollendor.<br>CHARGE | 0.10 | NO |
| | 90.00/hr | |
| Receive and review e-mail from David Mollendor.<br>CHARGE | 0.10 | NO |
| | 90 00/hr | |
| 12/30/2010  Telephone conversation with Marsha J. Eaves, RN, BSN, District<br>137.70 | 1 53 | |
| IV Epidemiology Nurse, Mississippi State Department of Health<br>(MSDH), prepare requested letter, and send to her. | 90.00/hr | |
| 1/4/2011  Telephone conversation with David Mollendor.<br>CHARGE | 0.14 | NO |
| | 90 00/hr | |
| Receive and review e-mail received from David Mollendor.<br>145 80 | 1 62 | |
| | 90.00/hr | |
| Receive, review, and analyze video e-mail received from David<br>51.30 | 0.57 | |
| Mollendor. | 90.00/hr | |
| 1/6/2011  Receive and review e-mail received from David Mollendor.<br>CHARGE | 0.18 | NO |
| | 90.00/hr | |

Respond to e-mail received from David Mollendor. 0.10 NO CHARGE

90.00/hr

1/7/2011  Telephone conversation with David Mollendor. 0.56
50.40

90.00/hr

Telephone conversation with Marsha J. Eaves, RN, BSN, MSDH. 0.21
18.90

90.00/hr

1/7/2011-Prepare remediation plan for Legionella contaminated cooling 7.09
638.10
1/17/2011  tower for  David Mollendor. 90.00/hr

WITHERELL 000078

David Mollendor
Page 3

|  | | Hrs/Rate | |
| --- | --- | --- | --- |
| Amount | | | |
| 1/7/2011  Receive and review e-mail from David Mollendor | | 0.05 | NO |
| CHARGE | | | |
| | | 90.00/hr | |
| 1/10/2011  Telephone conversation with David Mollendor. | | 0.67 | |
| 60.30 | | | |
| | | 90.00/hr | |
| Telephone calls to Marsha J. Eaves, RN, BSN, MSDH | | 0.20 | NO |
| CHARGE | | | |
| | | 90.00/hr | |
| 1/10/2011- Prepare report on disinfection/cleaning and testing of cooling | | 5.25 | |
| 472.50 | | | |
| 1/19/2011  tower and e-mail letter report dated 1-19-2011 to David Mollendor with copies to MSDH. | | 90.00/hr | |
| 1/12/2011  E-mail draft of letter report to David Mollendor | | 0 13 | NO |
| CHARGE | | | |
| | | 90 00/hr | |
| 1/13/2011  Telephone conversation with David Mollendor | | 0 19 | NO |
| CHARGE | | | |
| | | 90 00/hr | |
| 1/14/2011  Telephone conversation with David Mollendor. | | 0 66 | |
| 59.40 | | | |
| | | 90 00/hr | |
| Telephone conversation with David Mollendor | | 0 19 | NO |
| CHARGE | | | |
| | | 90.00/hr | |
| Receive and review e-mail from David Mollendor. | | 0 06 | NO |
| CHARGE | | | |
| | | 90.00/hr | |
| 1/15/2011  Receive and review e-mail from David Mollendorr. | | 0.07 | NO |
| CHARGE | | | |
| | | 90.00/hr | |

WITHERELL 000079

| | | | |
|---|---|---|---|
| 1/18/2011 | Telephone conversation with David Mollendor. | 0 06 | NO |
| CHARGE | | | |
| | | 90.00/hr | |
| | Receive and review e-mail from David Mollendor. | 0.10 | NO |
| CHARGE | | | |
| | | 90.00/hr | |
| | Receive and review e-mail from David Mollendor. | 0.10 | NO |
| CHARGE | | | |
| | | 90.00/hr | |
| 1/19/2011 | Telephone conversation with Suki Mollendor. | 0.13 | NO |
| CHARGE | | | |
| | | 90.00/hr | |

WITHERELL 000080

David Mollendor
Page 4

|  | | Hrs/Rate | |
|---|---|---|---|
| Amount | | | |
| 1/19/2011 Telephone conversation with David Mollendor. | | 0.33 | NO |
| CHARGE | | 90 00/hr | |
| | Telephone conversation with Marsha J. Eaves, RN, BSN, MSDH. | 0 81 | |
| 72.90 | | 90.00/hr | |
| | Telephone conversation with Marsha J. Eaves, RN, MSDH | 0.15 | NO |
| CHARGE | | 90 00/hr | |
| | E-mail from David Mollendor | 0.08 | NO |
| CHARGE | | 90.00/hr | |
| | E-mail to David Mollendor | 0.08 | NO |
| CHARGE | | 90.00/hr | |
| | Receive and review e-mail from Marsha Eaves of the MSDH. | 0 10 | NO |
| CHARGE | | 90.00/hr | |
| 1/20/2011 Telephone conversation with David Mollendor. | | 0.71 | |
| 63.90 | | 90 00/hr | |
| | Telephone conversation with Marsha J Eaves, RN, MSDH. | 0.15 | NO |
| CHARGE | | 90 00/hr | |
| | Telephone Conference with Mississippi State Department of | 2.33 | |
| 209.70 | Health Staff. | 90.00/hr | |
| | E-mail to Marsha J. Eaves, RN, MSDH. | 0.15 | NO |
| CHARGE | | 90.00/hr | |
| | Telephone conversation with David Mollendor. | 1.02 | |

WITHERELL 000081

91.80

90.00/hr

Prepare revised remediation plan for Legionella contaminated    4.74
426.60
cooling tower for  David Mollendor.    90.00/hr

Receive and review e-mail from Marsha Eaves of the MSDH.    0.10    NO
CHARGE
90 00/hr

Receive and review e-mail from Marsha Eaves of the MSDH.    0.10    NO
CHARGE
90.00/hr

1/21/2011  Telephone conversation with David Mollendor.    0.69
62.10
90.00/hr

WITHERELL 000082

David Mollendor
Page 5

| | | Hrs/Rate | |
|---|---|---|---|
| Amount | | | |
| 1/21/2011 Telephone conversation with Marsha J. Eaves, RN, MSDH. CHARGE | | 0.16 90.00/hr | NO |
| Telephone conversation with David Mollendor CHARGE | | 0.18 90.00/hr | NO |
| 1/22/2011 Telephone conversation with David Mollendor 53.10 | | 0.59 90 00/hr | |
| 1/23/2011 Prepare clean-in-place plan for Legionella contaminated cooling 137.70 tower and e-mail same to David Mollendor. | | 1.53 90.00/hr | |
| 1/24/2011 Receive and review e-mail from David Mollendor. CHARGE | | 0.15 90.00/hr | NO |
| Telephone conversation with David Mollendor. CHARGE | | 0.20 90.00/hr | NO |
| Revise clean-in-place plan for Legionella contaminated cooling 55.80 tower and e-mail same to David Mollendor. | | 0.62 90.00/hr | |
| 1/25/2011 Telephone call to Marsha J. Eaves, RN, MSDH CHARGE | | 0.06 90.00/hr | NO |
| Telephone call to Dr. Lauri Hicks, Director, Respiratory Disease CHARGE Branch (CDC/CCID/NCID), U. S. Centers for Disease Control and Prevention (CDC). | | 0 11 90.00/hr | NO |
| Telephone call to David Mollendor. CHARGE | | 0.03 90 00/hr | NO |

WITHERELL 000083

| | | | |
|---|---|---|---|
| | Telephone conversation with Bruce Brackin of the MSDH. | 0.60 | |
| 54.00 | | | |
| | | 90.00/hr | |
| 1/26/2011 | Receive voice message from Lauri Hicks, MD, CDC. | 0.09 | NO |
| CHARGE | | | |
| | | 90.00/hr | |
| 1/27/2011 | Telephone conversation with Lauri Hicks, MD, CDC. | 0 20 | |
| 18.00 | | | |
| | | 90.00/hr | |
| | Forward cooling tower procedure cleaning procedure to Lauri | 0.17 | |
| 15.30 | | | |
| | Hicks, MD, CDC. | 90.00/hr | |

WITHERELL 000084

| | | Hrs/Rate | |
|---|---|---|---|

Amount

| | | | |
|---|---|---|---|
| 1/27/2011 Telephone conversation with Lauri Hicks, MD, CDC.<br>54.90 | | 0.61<br>90.00/hr | |
| Receive e-mail from Natalia A. Kozak, Ph.D., CDC.<br>CHARGE | | 0.10<br>90 00/hr | NO |
| 1/29/2011 E-mail Tatiana Travis of CDC, OID, NCIRD<br>CHARGE | | 0.10<br>90 00/hr | NO |
| 2/2/2011 Telephone call to David Mollendor.<br>CHARGE | | 0.07<br>90.00/hr | NO |
| Telephone call to David Mollendor<br>CHARGE | | 0.11<br>90.00/hr | NO |
| Telephone conversation with Natalia A. Kozak, Ph.D , CDC.<br>63.90 | | 0.71<br>90 00/hr | |
| 2/3/2011 Telephone call to David Mollendor.<br>CHARGE | | 0 07<br>90.00/hr | NO |
| Telephone call to David Mollendor.<br>CHARGE | | 0.08<br>90.00/hr | NO |
| E-mail to David Mollendor.<br>CHARGE | | 0 11<br>90.00/hr | NO |
| Telephone conversation with David Mollendor.<br>24 30 | | 0 27<br>90.00/hr | |
| 2/13/2011 Telephone conversation with David Mollendor. | | 0.93 | |

WITHERELL 000085

83 70

90.00/hr

2/14/2011  Telephone conversation with David Mollendor.                    0.56
50.40

90.00/hr

Telephone conversation with David Dckerson and David Mollendor.            0.87
78.30

90.00/hr

Telephone conversation with David Mollendor.                               0 21    NO
CHARGE

90.00/hr

Telephone conversation with David Mollendor.                               0.21    NO
CHARGE

90.00/hr

|  | Hrs/Rate |  |
|---|---|---|
| _Amount_ | | |
| 2/15/2011  Travel from Burlington, VT to Starkville, MS. | 12.33 | NO |
| CHARGE | | |
| | 90 00/hr | |
| Field investigation - Hotel Chester - Starkville, MS. | 3 50 | |
| 315.00 | | |
| | 90 00/hr | |
| 2/16/2011  Field investigation - Hotel Chester - Starkville, MS. | 8 00 | |
| 720.00 | | |
| | 90 00/hr | |
| Telephone conversation with Mike Morgan , SeniorTechnical | 0.15 | NO |
| CHARGE | | |
| Service Representatives of ANCO - Chem Aqua. | 90.00/hr | |
| 2/17/2011  Field investigation - Hotel Chester - Starkville, MS | 8.00 | |
| 720.00 | | |
| | 90.00/hr | |
| 2/18/2011  Meeting with Phanella Upchurch, Chief NurseMarsha Eaves, | 0.58 | |
| 52 20 | | |
| Nurse Epidemiologist with the Mississippi State Department of Health.. | 90.00/hr | |
| Field investigation - Hotel Chester - Starkville, MS, | 3 50 | |
| 315.00 | | |
| | 90.00/hr | |
| Travel from Starkville, MS to Burlington, VT. | 13 83 | NO |
| CHARGE | | |
| | 90.00/hr | |
| 2/20/2011  Prepare cover letter for Wisconsin Protocol and CTI Guidelines | 0 37 | |
| 74.00 | | |
| and fax material to David Mollendor. | 200.00/hr | |
| 2/22/2011  Telephone conversation with Marsha Eaves, Nurse Epidemiologist | 0 58 | |
| 52.20 | | |
| with the Mississippi State Department of Health.. | 90.00/hr | |

WITHERELL 000087

| Date | Description | Hours | |
|---|---|---|---|
| 2/26/2011 43 20 | Telephone conversation with David Mollendor | 0.48 | |
| | 90 00/hr | | |
| 2/28/2011 42.30 | Telephone conversation with Ken Blackstock, Technical Service Representatives of ANCO - Chem Aqua. | 0.47 | |
| | 90.00/hr | | |
| 3/1/2011 CHARGE | Telephone call to David Mollendor. | 0.08 | NO |
| | 90 00/hr | | |
| 3/3/2011 27.90 | Telephone conversation with David Mollendor. | 0.31 | |
| | 90 00/hr | | |

WITHERELL 000088

Hrs/Rate

Amount

3/4/2011  Telephone conversation with David Mollendor.  0.08  NO
CHARGE
90.00/hr

3/5/2011  Telephone conversation with Megan of the Hotel Chester.  0 08  NO
CHARGE
90.00/hr

3/12/2011  Telephone conversation with David Mollendor.  0 30
27.00
90.00/hr

Telephone conversation with Genie Stark Thomas,  Esq.  0.62
55.80
90.00/hr

Prepare letter and e-mail it to Genie Stark Thomas,  Esq  0.97
87.30
90 00/hr

3/30/2011  Receive and review e-mail from David Mollendor.  0.21
18.90
90.00/hr

3/31/2011  Telephone conversation with David Mollendor.  0.66
59.40
90 00/hr

Telephone conversation with William P. Starks, II Esq., Stoddard  0.87
78.30
Law Firm, attorney representing David Mollendor.  90.00/hr

4/7/2011  Telephone conversation with David Mollendor  0.32
28 80
90 00/hr

Telephone call to William P. Starks, II Esq.  0.10  NO
CHARGE
90.00/hr

Telephone conversation with David Mollendor  0.38

WITHERELL 000089

34.20

90.00/hr

4/11/2011  Receive and review e-mail received from David Mollendor.          1.10
99.00

90.00/hr

Telephone conversation with David Mollendor.          0.08     NO
CHARGE

90.00/hr

4/16/2011  Send e-mail to David Mollendor.          0.10     NO
CHARGE

90.00/hr

4/27/2011  Telephone conversation with David Mollendor.          0.28
25.20

90.00/hr

WITHERELL 000090

David Mollendor
Page  9

|  | | Hrs/Rate | |
|---|---|---|---|
| Amount | | | |
| 5/1/2011  Telephone conversation with David Mollendor.<br>CHARGE | | 0.12<br>90.00/hr | NO |
| 5/8/2011  Telephone conversation with David Mollendor<br>CHARGE | | 0.14<br>90.00/hr | NO |
| 5/13/2011  Telephone conversation with David Mollendor.<br>48 60 | | 0.54<br>90.00/hr | |
| 5/14/2011  Telephone conversation call to David Mollendor.<br>CHARGE | | 0.21<br>90.00/hr | NO |
| Telephone conversation call to David Mollendor.<br>CHARGE | | 0.21<br>90.00/hr | NO |
| 5/15/2011  Telephone conversation with David Mollendr.<br>53.10 | | 0.59<br>90.00/hr | |
| Telephone conversation with David Mollendor<br>CHARGE | | 0 08<br>90 00/hr | NO |
| 5/16/2011  Telephone conversation with David Mollendor.<br>25 20 | | 0.28<br>90.00/hr | |
| Telephone conversation with David Mollendor.<br>CHARGE | | 0.08<br>90 00/hr | NO |
| Telephone conversation with Dr. Paul Byers, an attorney,a Nurse<br>166.50  Epidemiologist, and other staff of  of the Mississippi State<br>Department of Health. | | 1.85<br>90.00/hr | |

WITHERELL 000091

| Date | Description | Hours | |
|---|---|---|---|
| 5/19/2011 | Receive and review e-mail concerning telephone conference regarding Hotel Chester. | 0.12 90.00/hr | NO CHARGE |
| 5/20/2011 | Participate in telephone conference regarding Hotel Chester. | 1.28 90.00/hr | 115.20 |
| 5/26/2011 | Telephone conversation with David Mollendor. | 0.53 90.00/hr | 47.70 |
| | Receive and review e-mail with attachment from David Mollendor | 0.21 90.00/hr | 18.90 |

|  | | Hrs/Rate |  |
|---|---|---|---|
| Amount | | | |
| 5/26/2011 | Telephone conversation with David Mollendor and Chris South of | 0.59 | |
| 53.10 | the Hotel Chester. | 90.00/hr | |
| CHARGE | Telephone conversation with Lauri Hicks, MD, CDC. | 0 19 | NO |
| | | 90.00/hr | |
| CHARGE | Telephone conversation with David Mollendor | 0.21 | NO |
| | | 90 00/hr | |
| 48.60 | Telephone conversation with Dr. Jessie R. Taylor, MD, District | 0.55 | |
| | Health Officer, Tombigbee Public Health District IV, MSDH. | 90 00/hr | |
| 21.60 | Telephone conversation with Dr.Paul Byers. | 0.24 | |
| | | 90.00/hr | |
| 47.70 | Telephone conversation with Dr  Jessie R. Taylor, MD, | 0.53 | |
| | | 90 00/hr | |
| 28.80 | Telephone conversation with Robert Fagan, Esq., General | 0.32 | |
| | Counsel assigned to the Mississippi State Department of Health. | 90 00/hr | |
| 5/27/2011 | Telephone telephone message from David Mollendor. | 0 06 | NO |
| CHARGE | | 90.00/hr | |
| 44.10 | Telephone conversation with David Mollendor. | 0 49 | |
| | | 90 00/hr | |
| 5/28/2011 | Telephone conversation with David Mollendor. | 0.77 | |
| 69.30 | | 90.00/hr | |
| | Fax copy of The Economist article "Beware of the yogurt to David | 0.09 | NO |

CHARGE
          Mollendor.                                                    90.00/hr

     5/31/2011  Telephone conversation with David Mollendor.              0.08     NO
CHARGE
                                                                       90.00/hr

          Telephone conversation with David Mollendor.                   0.32
28.80
                                                                       90.00/hr

     6/2/2011  Telephone call to David Mollendor.                        0.03     NO
CHARGE
                                                                       90.00/hr

          Receive and review e-mailfrom David Mollendor.                 0.16
14.40
                                                                       90.00/hr

WITHERELL 000094

| | Hrs/Rate |
|---|---|
| Amount | |

| | | Hrs/Rate | |
|---|---|---|---|
| 6/2/2011  Telephone conversation with David Mollendor. | | 0.31 | |
| 27.90 | | | |
| | | 90 00/hr | |
| | Receive and review e-mailfrom David Mollendor. | 0.66 | |
| 59.40 | | | |
| | | 90 00/hr | |
| 6/3/2011  Telephone conversation with David Mollendor. | | 0.15 | NO |
| CHARGE | | | |
| | | 90.00/hr | |
| | Telephone conversation with David Mollendor | 0.68 | |
| 61.20 | | | |
| | | 90 00/hr | |
| 6/8/2011  Telephone conferance with David Mollendor and William P. | | 1 08 | |
| 97.20 | | | |
| | Starks,II Esq . | 90 00/hr | |
| 6/9/2011-Review and revise attachment to an e-mail from William Starks, | | 5.60 | |
| 504.00 | | | |
| 6/13/2011  Esq. dated June 9, 2011. | | 90.00/hr | |
| 6/9/2011-E-mail rough draft of affidavit and motion to William Starks, Esq. | | 0.50 | |
| 45 00 | | | |
| 6/12/2011  and David Mollendor for review and comment. | | 90.00/hr | |
| 6/13/2011  Receive,and review e-mail with attachment from David Mollendor | | 0.99 | |
| 89 10 | | | |
| | dated June 13, 2011. | 90.00/hr | |
| | Incorporate attachments with e-mail from David Mollendor dated | 0.24 | |
| 21.60 | | | |
| | June 13, 201 and e-mail to David Mollender.. | 90.00/hr | |
| 6/14/2011  Telephone text from David Mollendor of the Hotel Chester. | | 0.13 | NO |
| CHARGE | | | |
| | | 90.00/hr | |
| | Receive,and review e-mail with attachment from David Mollendor | 0.50 | |

WITHERELL 000095

45.00

dated June 14, 2011. 90.00/hr

CHARGE Send e-mail to David Mollendor regarding review 4th revision of    0.08    NO

TRO. 90.00/hr

406.80 Prepare Affidavit with letter of introduction and resume for Hotel    4 52

Chester. 90.00/hr

29.70 Revise and send e-mail to William Sparks with attachments of    0.33

affidavit and resume. 90.00/hr

45.00 Receive,and review e-mail with attachment from William P.    0.50

Starks, II dated June 14, 2011. 90 00/hr

David Mollendor
Page 12

|  | | Hrs/Rate | |
|---|---|---|---|
| Amount | | | |

| | | Hrs/Rate | |
|---|---|---|---|
| 6/14/2011 Review, and fax signed notarized, signed affidavit and resume to 51.30 | | 0 57 | |
| David Mollendor and William P. Starks, II Esq.. | | 90.00/hr | |
| Telephone conversation with David Mollendor of the Hotel Chester 27.00 | | 0.30 | |
| | | 90.00/hr | |
| 6/16/2011 Telephone conversation with David Mollendor of the Hotel Chester. 27.00 | | 0.30 | |
| | | 90 00/hr | |
| 6/17/2011 Telephone conversation with David Mollendort CHARGE | | 0.13 | NO |
| | | 90.00/hr | |
| Receive,and review e-mail from William P. Sparks, II Esq.. CHARGE | | 0.09 | NO |
| | | 90.00/hr | |
| Telephone conversation with David Mollendort. CHARGE | | 0 13 | NO |
| | | 90 00/hr | |
| 6/20/2011 Receive, review and reply to e-mail from William P. Starks, II Esq. 25.20 | | 0.28 | |
| | | 90.00/hr | |
| Telephone conversation with David Mollendor. CHARGE | | 0.36 | NO |
| | | 90 00/hr | |
| 7/4/2011 Telephone conversation with David Mollendor. 32.40 | | 0.36 | |
| | | 90 00/hr | |
| Telephone conversation with David Mollendor. CHARGE | | 0.24 | NO |
| | | 90.00/hr | |
| 11/7/2011 Telephone conversation with David Mollendor. | | 0.54 | |

WITHERELL 000097

48.60

|  |  | 90.00/hr |
| Telephone conversation with David Mollendor. | 0.73 | |
| 65.70 | | 90.00/hr |
| Receive and review three e-mail messages with attachments from | 1.46 | |
| 131.40 David Mollendor. | | 90.00/hr |
| 11/8/2011 Telephone conversation with David Mollendor. | 0.25 | |
| 22.50 | | 90.00/hr |
| Telephone conversation with David Mollendor. | 0.28 | |
| 25.20 | | 90.00/hr |

WITHERELL 000098

David Mollendor
Page 13

| | | Hrs/Rate | |
|---|---|---|---|
| Amount | | | |
| 11/9/2011 Telephone conversation with David Mollendor. | | 0.02 | NO |
| CHARGE | | 90 00/hr | |
| | Telephone conversation with David Mollendor. | 0.10 | NO |
| CHARGE | | 90 00/hr | |
| | Telephone conversation with David Mollendor. | 0.03 | NO |
| CHARGE | | 90 00/hr | |
| | Telephone conversation with David Mollendor. | 0.12 | NO |
| CHARGE | | 90 00/hr | |
| | Receive and review e-mail with attachment from David Mollendor. | 0.19 | NO |
| CHARGE | | 90.00/hr | |
| 11/10/2011 Telephone conversation with David Mollendor. | | 0.18 | NO |
| CHARGE | | 90 00/hr | |
| | Telephone conversation with David Mollendor | 0.10 | NO |
| CHARGE | | 90 00/hr | |
| | Telephone conversation with David Mollendor. | 0.28 | |
| 25.20 | | 90.00/hr | |
| 11/19/2011 Receive and review e-mail from David Mollendor with attached | | 1.81 | |
| 162.90 | sample results from Assured Bio Labs . | 90.00/hr | |
| | Telephone conversation with David Mollendor | 0 24 | |
| 21.60 | | 90 00/hr | |

For professional services rendered                                141.01

$9,056.00


Total amount of this bill

$9,056.00


Balance due

$9,056.00

WITHERELL 000100